NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARCUS A. MALONE,**
*Petitioner,*

v.

**DEPARTMENT OF COMMERCE,**
*Respondent.*

---

2012-3036

---

Petition for review of the Merit Systems Protection Board in case no. CH1221110078-W-1.

---

## ON MOTION

---

## ORDER

Marcus A. Malone moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

DEC 1 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marcus A. Malone
     Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 9 2011

JAN HORBALY
CLERK